**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-00968-REB-CBS
(Consolidated with Civil Action Nos. 07-cv-00971-REB-CBS, 08-cv-02437-REB-CBS, 09-cv-00835-REB-CBS, and 09-cv-01145-REB-CBS)

TRUDIE M. ISKOWITZ, et al.,

    Plaintiffs,

v.

CESSNA AIRCRAFT COMPANY, et al.,

    Defendants.

## MINUTE ORDER[1]

    In light of the settlement of all claims in the above-captioned consolidated action, the following motions are denied as moot: 1) **Cessna Aircraft Company's Motion For Summary Judgment Based on Statute of Limitations** [#22], docketed in case number 09-cv-00835; and 2) **Cessna Aircraft Company's Motion For Summary Judgment Based on Statute of Limitations** [#22] docketed in case number 09-cv-01145.

    Dated: September 13, 2010

---

    [1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.